SLIP OPINION



Cite as 2014 Ark. App. 362

# ARKANSAS COURT OF APPEALS

DIVISION I
**No.** CR-13-1030

| | |
|---|---|
| | **Opinion Delivered** June 4, 2014 |
| JOHN EVERETT BLOCK, JR.<br>APPELLANT | APPEAL FROM THE HEMPSTEAD COUNTY CIRCUIT COURT [No. 29CR-13-65] |
| V. | HONORABLE WILLIAM RANDAL WRIGHT, JUDGE |
| STATE OF ARKANSAS<br>APPELLEE | REBRIEFING ORDERED; MOTION TO WITHDRAW DENIED |

## LARRY D. VAUGHT, Judge

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Arkansas Supreme Court Rule 4-3(k)(l) (2013), appellant John Everett Block Jr.'s counsel has filed a no-merit brief and a motion to withdraw asserting that there are no non frivolous arguments that would support an appeal. We are unable to consider the appeal at this time, however, because the brief is not in compliance with Arkansas Supreme Court Rule 4-2(a) or Rule 4-3(k)(l) (2013).

After a two-day trial, on July 30, 2013, a Hempstead County jury convicted Block of possession of marijuana and simultaneous possession of drugs and firearms. He was sentenced by the jury to consecutive terms totaling 276 months' incarceration in the Arkansas Department of Correction. On February 7, 2014, Block's attorney filed a motion to withdraw and a no-merit brief. Block filed his own points for reversal and an "objection" to his counsel's brief on March 26, 2014, pursuant to Arkansas Supreme Court Rule 4-3(k)(2) (2013).

This court has stated that the record on appeal is limited to what is included in the briefs and the abstract, and the burden is on the appellant to provide an abstract and addendum that complies with Rule 4-2. *Dorsey v. State*, 2010 Ark. App. 742. Rule 4-3(k)(l) provides that "the brief shall contain an argument section that consists of a list of all rulings adverse to the defendant made by the circuit court on all objections, motions and requests made by either party *with an explanation* as to why each adverse ruling is not a meritorious ground for reversal." (Emphasis added.) Unfortunately, counsel failed to discuss each adverse ruling in the argument section of his brief, and a no-merit brief that fails to address an adverse ruling does not satisfy the requirements of Rule 4-3(k)(l) and must be rebriefed. *Dorsey v. State*, 2010 Ark. App. 742.

Accordingly, we order counsel to file a substituted brief containing all adverse rulings and a discussion as to why each ruling would not support a merit appeal. Counsel has fifteen days from the date of this opinion in which to file a substituted brief. Ark. Sup. Ct. R. 4-2(b)(3). The briefing deficiencies set forth in our opinion are not to be taken as an exhaustive list, and we urge counsel to carefully examine the record and review the rules before resubmitting a brief.

Rebriefing ordered; motion to withdraw denied.

GLADWIN, C.J., and BROWN, J., agree.

*Lewis Law Firm*, by: *Nathan D. Lewis*, for appellant.

*Dustin McDaniel*, Att'y Gen., by: *Nicana C. Sherman*, Ass't Att'y Gen., for appellee.